**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kevin K. Jones <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-11981 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates, Series 2006-ACC1, and index same on the master mailing list.

Re: Loan # Ending In: 6566

                                                       Respectfully submitted,

                                                       **/s/Joshua I. Goldman , Esquire**
                                                       Joshua I. Goldman, Esquire
                                                       Thomas Puleo, Esquire
                                                       KML Law Group, P.C.
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA 19106-1532
                                                       (215) 825-6306  FAX (215) 825-6406