# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN K. JONES | : | NO. 16-11981 MDC |

## CERTIFICATION OF NO OBJECTION

It is certified that fifteen (15) days have elapsed since the date of service upon the United States Trustee and all Creditors and parties in interest, and no answer or objection has been filed to The Grande Condominium Association, Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) in the above-referenced case. Accordingly, it is requested that the Motion be **GRANTED**.

STEVEN L. SUGARMAN & ASSOCIATES

By: /S/ ELLIOT H. BERTON, ESQUIRE
Steven L. Sugarman, Esquire
Elliot H. Berton, Esquire
Attorneys for The Grande Condominium
Association, Inc.