UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN K. JONES | : | NO. 16-11981 MDC |

## ORDER

AND NOW, this 1st day of September, 2016, upon consideration of The Grande Condominium Association, Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d), and any response thereto,

**IT IS ORDERED:**

1. The Motion is **GRANTED**.

2. The Grande Condominium Association, Inc. may exercise its state law rights with respect to the real estate known as and located at 111 South 15th Street, Unit P-308, Philadelphia, Pennsylvania 19102.

3. The Grande Condominium Association, Inc. may initiate state court proceedings to recover unpaid post-Petition assessments in accordance with 11 U.S.C. §523(a)(16).

BY THE COURT:

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

Copies to:

Steven L. Sugarman, Esquire
Elliot H. Berton, Esquire
STEVEN L. SUGARMAN & ASSOCIATES
1273 Lancaster Avenue
Berwyn, PA 19312

William C. Miller, Esquire, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Michael A. Cibik, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Kevin K. Jones
111 South 15th Street, Apartment P-308
Philadelphia, PA 19102