United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-11981-mdc
Kevin K. Jones                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1           Date Rcvd: Sep 06, 2016
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2016.
db             +Kevin K. Jones,    111 South 15th Street,    Apt P308,    Philadelphia, PA 19102-3011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2016 at the address(es) listed below:
              BEN   VAN STEENBURGH    on behalf of Creditor   Grande Condominium Associates lawyers@adlawfirm.com
              ELLIOT H BERTON    on behalf of Creditor   Grande Condominium Associates eberton@suglaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through
               Certificates, Series 2006-ACC1 bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Kevin K. Jones ecf@ccpclaw.com,    igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Kevin K. Jones ecf@ccpclaw.com,    igotnotices@ccpclaw.com
              ROBERT MICHAEL KLINE    on behalf of Creditor   Carrington Mortgage Services, LLC
               Pacer@squirelaw.com,    rmklinelaw@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN K. JONES | : | NO. 16-11981 MDC |

## ORDER

AND NOW, this 1st day of September, 2016, upon consideration of The Grande Condominium Association, Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d), and any response thereto,

**IT IS ORDERED**:

1. The Motion is **GRANTED**.

2. The Grande Condominium Association, Inc. may exercise its state law rights with respect to the real estate known as and located at 111 South 15th Street, Unit P-308, Philadelphia, Pennsylvania 19102.

3. The Grande Condominium Association, Inc. may initiate state court proceedings to recover unpaid post-Petition assessments in accordance with 11 U.S.C. §523(a)(16).

BY THE COURT:

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

Copies to:

Steven L. Sugarman, Esquire
Elliot H. Berton, Esquire
STEVEN L. SUGARMAN & ASSOCIATES
1273 Lancaster Avenue
Berwyn, PA 19312

William C. Miller, Esquire, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Michael A. Cibik, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Kevin K. Jones
111 South 15th Street, Apartment P-308
Philadelphia, PA 19102