United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11981-mdc
Kevin K. Jones                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina              Page 1 of 2              Date Rcvd: Sep 30, 2016
                              Form ID: pdf900              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
```
db          +Kevin K. Jones,   111 South 15th Street,   Apt P308,   Philadelphia, PA 19102-3011
cr          +Grande Condominium Associates,   30 S. 15th Street,   Suite 1000,   Philadelphia, PA 19102-4804
13700095    +ACB Receivables Management,   PO Box 350,   Asbury Park, NJ 07712-0350
13775081     American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 5008,
              Carol Stream, IL  60197-5008
13747060    +CACH, LLC,   PO BOX 5980,   DENVER, CO 80217-5980
13700096    +Capital One,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
13700097    +Chase Crad Services,   PO Box 15298,   Wilmington, DE 19850-5298
13700098    +Cibik & Cataldo, P.C.,   1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
13700102    +David Dennenberg, Esq.,   1315 Walnut Street,   12th Floor,   Philadelphia, PA 19107-4712
13700104    +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13700106    +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13707810    +Grande Condominium Association c/o,   David H. Denenberg, Esquire,   Abramson & Denenberg, P.C.,
              1315 Walnut Street 12th Floor,   Philadelphia, PA 19107-4712
13700107    +Grande Cono Association,   30 South 15th Street,   Siute 1000,   Philadelphia, PA 19102-4826
13700111     PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
              Harrisburg, PA 17120-0946
13700112    +Pnc Bank,   PO Box 5570,   Cleveland, OH 44101-0570
13777467    +Porania LLC,   c/o Biltmore Asset Management,   24500 Center Ridge Rd Ste 472,
              Westlake, OH 44145-5605
13700113    +Select Portfolio Servicing, Inc,   PO Box 65250,   Salt Lake City, UT 84165-0250
13700115    +TD Auto Financial,   TD Auto Finance,   PO box 551080,   Jacksonville, FL 32255-1080
13700116    +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
              Chicago, IL 60661-3631
13700117    +Trident Asset Management,   PO Box 888424,   Atlanta, GA 30356-0424
13778453    +U.S. Bank N.A.,   c/o Joshua I. Goldman, Esq.,   KML Law Group P.C.,
              701 Market St., Ste. 5000,   Phila., PA 19106-1541
13778930     U.S. Bank N.A., as trustee, on behalf of the holde,   Select Portfolio Servicing, Inc.,
              P.O. Box 65250,   Salt Lake City, UT 84165-0250
13700118    +Visa Dept Store National Bank,   Attn: Bankruptcy,   PO Box 8053,   Mason, OH 45040-8053
13778699    +WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE F,   P.O.Box 3730,   Anaheim, CA 92803-3730
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:21     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2016 02:11:54
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 01 2016 02:12:07     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13700094    +E-mail/Text: bk.notices@a1collectionagency.com Oct 01 2016 02:12:23     A-1 Collection Agency,
              715 Horizon Drive,   Grand Junction, CO 81506-8700
13700100    +E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:20     City Of Philadelphia,
              Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102-1611
13700101    +E-mail/Text: bankruptcy@phila.gov Oct 01 2016 02:12:20     City of Philadelphia,
              Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102-1504
13700103    +E-mail/Text: bankruptcynotices@dcicollect.com Oct 01 2016 02:12:25     Diversified Consultant,
              DCI,   PO Box 551268,   Jacksonville, FL 32255-1268
13700105    +E-mail/Text: bknotice@erccollections.com Oct 01 2016 02:11:59     ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13700108     E-mail/Text: cio.bncmail@irs.gov Oct 01 2016 02:11:33     I.R.S.,   P.O. Box 7346,
              Philadelphia, PA  19101-7346
13700110    +E-mail/Text: bankruptcy@icsystem.com Oct 01 2016 02:12:24     IC Systems, Inc,
              444 Highway 96 East,   PO Box 64378,   St Paul, MN 55164-0378
13700114     E-mail/Text: bankruptcy@senexco.com Oct 01 2016 02:11:28     Senex Services Corp,
              3333 Founders Rd,   2nd Floor,   Indianaoplis, IN 46268
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13700099*   +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13700109*    I.R.S.,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Christina              Page 2 of 2                   Date Rcvd: Sep 30, 2016
                               Form ID: pdf900              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              BEN  VAN STEENBURGH    on behalf of Creditor    Grande Condominium Associates lawyers@adlawfirm.com
              ELLIOT H BERTON    on behalf of Creditor    Grande Condominium Associates eberton@suglaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through
               Certificates, Series 2006-ACC1 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Kevin K. Jones ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Kevin K. Jones ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    Carrington Mortgage Services, LLC
               Pacer@squirelaw.com,   rmklinelaw@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Kevin K. Jones

DEBTOR : BKY. NO. 16-11981mdc13

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED.**

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED.**

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in paragraph 5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed ... which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

By the Court:

Date: 9/29/16

HON. MAGDELINE D. COLEMAN
U. S. Bankruptcy Judge